## ATTACHMENT A
## DEFENDANT PMA'S WITNESS LIST

1. James T. Walsh, VP of Claims, PMA, Paul W. Burke and Eric R. Mull, Drew, Eckl & Farnham; knowledge of claims and lawsuit;

2. Kurt Schul, Claims, PMA, Paul W. Burke and Eric R. Mull, Drew, Eckl & Farnham; knowledge of claims and lawsuit;

3. Frank Altiere, President, PMA, Paul W. Burke and Eric R. Mull, Drew, Eckl & Farnham; knowledge of claims and lawsuit;

4. Mike MacAulay, Vice-President of Sales; PMA, Paul W. Burke and Eric R. Mull, Drew, Eckl & Farnham; knowledge of claims and lawsuit;

5. Lisa Romeu, Assistant Vice-President of Operations, PMA, Paul W. Burke and Eric R. Mull, Drew, Eckl & Farnham; knowledge of claims and lawsuit;

6. Krystal Erickson, Account Executive for the Florida Region, Paul W. Burke and Eric R. Mull, Drew, Eckl & Farnham; knowledge of claims and lawsuit;

7. Randy Squires, Senior Vice-President, Arthur J. Gallagher Risk management Services, Inc., 4904 Eisenhower Blvd., Suite 250, Tampa, FL 33634;

8. Dennis McHugh, Senior Consultant, McCoy Consulting, Inc.,

9. Doug McCoy, President, McCoy Consulting, Inc.;

10. Stacy Hosman, President, Hosman & Associates, 31251 Reed Road, Dade City, FL 33523;

11. Kim B. Hand, Assistant Vice-President, Casualty Actuarial Consultants, Inc., 7101 Executive Center Dr., Suite 225, Brentwood, TN 37027;

12. J. Edward Costner, President, Casualty Actuarial Consultants, Inc., 7101 Executive Center Dr., Suite 225, Brentwood, TN 37027;

13. Various claimants and other individuals involved in the claims;

9

14.   Witnesses listed on other parties' disclosures.

Defendant PMA further states that discovery is on-going and reserves the right to supplement this response.