## ATTACHMENT B
## DEFENDANT PMA'S EXPERT WITNESS LIST & WRITTEN REPORTS

None at this time. This response will be supplemented when and if experts are retained to testify in this matter.