# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA OPERATORS SELF-INSURERS FUND, ) | |
| ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | 1:12-cv-02578-ODE |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| PMA MANAGEMENT CORP. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF DEPOSITION OF CONNIE MABRY

To: Paul W. Burke, Esq.
Eric R. Mull, Esq.
**DREW ECKL & FARNHAM, LLP**
880 West Peachtree Street
P.O. Box 7600
Atlanta, Georgia 30357
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
burkep@deflaw.com
mulle@deflaw.com
*Counsel for Defendant*

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Georgia Operators Self-Insurer's Fund ("GAOSIF") will take the deposition, upon oral examination, of **Connie Mabry** at the offices of Barnes & Thornburg LLP, 3475 Piedmont Road, N.E., Suite 1700,

Atlanta, Georgia 30305, commencing at 9:00 a.m. on a date to be mutually agreed upon by counsel.  The deposition will be taken by stenographic means before a notary public or person authorized to administer oaths.  The examination will continue from day to day until its completion.

The deposition may be used for discovery, at the trial of this action, and for all other purposes permitted by the Federal Rules of Evidence, Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the Northern District of Georgia.

Dated this 18th day of February, 2013.

| | |
|---|---|
| */s/ John L. Watkins* | */s/ Kenneth M. Gorenberg* |
| John L. Watkins, Esq. | Kenneth M. Gorenberg, Esq. |
| Georgia Bar No. 740515 | *Pro hac vice* |
| **BARNES & THORNBURG, LLP** | Jacob P. Zipfel, Esq. |
| Prominence in Buckhead | *Pro hac vice* |
| 3475 Piedmont Road, N.E., | **BARNES & THORNBURG, LLP** |
| Suite 1700 | One North Wacker Drive, Suite 4400 |
| Atlanta, Georgia 30305 | Chicago, Illinois 60606 |
| Telephone:  (404) 264-4043 | Telephone:  (312) 357-1313 |
| Facsimile:   (404) 264-4033 | Facsimile:   (312) 759-5646 |
| jwatkins@btlaw.com | kgorenberg@btlaw.com |
| *Counsel for Plaintiff* | jzipfel@btlaw.com |
| | *Counsel for Plaintiff* |

## **CERTIFICATE OF COMPLIANCE**

As required by Local Rule 7.1D, N.D. Ga., I hereby certify that this pleading has been prepared in Times New Roman 14-Point font, one of the font and point selections approved by this Court in Local Rule 5.1B, N.D. Ga.

This 18th day of February, 2013.

                                                */s/John L. Watkins*
                                              John L. Watkins, Esq.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Notice of Deposition of Connie Mabry** has been electronically filed with the Clerk of Court using the CM/ECF system this 18th day of February 2013, which automatically sent e-mail notification to the following attorneys of record:

>Paul W. Burke, Esq.
>Eric R. Mull, Esq.
>DREW ECKL & FARNHAM, LLP
>880 West Peachtree Street
>P.O. Box 7600
>Atlanta, Georgia 30357
>burkep@deflaw.com
>mulle@deflaw.com

>*/s/ John L. Watkins*
>John L. Watkins, Esq.
>Georgia Bar No. 740515
>**BARNES & THORNBURG, LLP**
>Prominence in Buckhead
>3475 Piedmont Road, N.E., Suite 1700
>Atlanta, Georgia 30305
>Telephone: (404) 264-4043
>Facsimile: (404) 264-4033
>jwatkins@btlaw.com
>*Counsel for Plaintiff*