# EXHIBIT 2

## Meghan Breen

| | |
|---|---|
| **From:** | Gorenberg, Kenneth [Kenneth.Gorenberg@btlaw.com] |
| **Sent:** | Saturday, August 17, 2013 9:10 PM |
| **To:** | Paul Burke |
| **Cc:** | Eric R. Mull; Gallo, Thomas; Zipfel, Jacob; Meghan Breen; Kelly Wood |
| **Subject:** | RE: GAOSIF v. PMA |

**Attachments:** ED COSTNER resume 2013.pdf

Paul,

As you request, we will present Tom Findlay on Thursday at our Atlanta office.

To complete Ed Costner's expert report, I am attaching his CV and forwarding the following information provided by Mr. Costner:

I have not published any articles in the last ten years.

In the past 4 years, I was deposed during 2012 in the case of the Mississippi Manufacturers Association Workers Compensation Group v. CCMSI.

We have agreed that I will be compensated in this case on a time and expense basis. My billable rate is $250/hr.

Mr. Costner's opinions would be further explained in deposition. As I understand it, you are foregoing the opportunity to depose him.

Please feel free to call me on my mobile if you wish to discuss anything before the McCoy and Saulino depositions on Monday and Tuesday.

Thanks.

Ken

Kenneth M. Gorenberg
Partner
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
312-214-5609 direct
847-922-8237 mobile

---

**From:** Paul Burke [mailto:BurkeP@deflaw.com]
**Sent:** Saturday, August 17, 2013 3:50 PM
**To:** Gorenberg, Kenneth
**Cc:** Eric R. Mull; Gallo, Thomas; Zipfel, Jacob; Meghan Breen; Kelly Wood
**Subject:** RE: GAOSIF v. PMA

Hey Ken,

At this point, we will be going ahead with the Board deposition as scheduled.

Thanks,

Paul

**PAUL BURKE**
*PARTNER*



Attorneys at Law | A Limited Liability Partnership | 880 West Peachtree St. NW | Atlanta, GA 30309
Mailing Address | Post Office Box 7600 | Atlanta, GA  30357-0600
Tel: 404.885.6310 | Fax: 404.876.0992 | Email: BurkeP@deflaw.com
<u>About DEF</u> | <u>Attorney Bio</u>



---

**From:** Gorenberg, Kenneth [mailto:Kenneth.Gorenberg@btlaw.com]
**Sent:** Friday, August 16, 2013 9:58 AM
**To:** Paul Burke
**Cc:** Eric R. Mull; Gallo, Thomas; Zipfel, Jacob; Meghan Breen; Kelly Wood
**Subject:** RE: GAOSIF v. PMA

Paul,

As indicated several times over the past few weeks, attached please find a preliminary and tentative report by GAOSIF's actuary Ed Costner, which is expressly related to prior reports such as those produced by GAOSIF to PMA much earlier in discovery. This report may be revised in the very near future. To clarify my earlier description, Mr. Costner is an expert on his own actuarial work, which supports GAOSIF's position on damages. Mr. Costner remains available for deposition on Thursday, August 22 in Nashville or Atlanta, which seems particularly sensible if you've concluded that you don't need to depose Tom Findlay.

I would be happy to discuss this, the special master and CMC issues, or anything else with you today.

Regards,

Ken

Kenneth M. Gorenberg
Partner
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, IL  60606
Direct:  (312) 214-5609
Fax:  (312) 759-5646
kgorenberg@btlaw.com
www.btlaw.com

**From:** Paul Burke [mailto:BurkeP@deflaw.com]

**Sent:** Wednesday, August 07, 2013 2:49 PM
**To:** Gorenberg, Kenneth
**Cc:** Eric R. Mull; Gallo, Thomas; Zipfel, Jacob; Meghan Breen; Kelly Wood
**Subject:** Re: GAOSIF v. PMA

Ken,

As I am sure you anticipate, we will be objecting to the late identification of a new damages expert in multiple grounds.  Nonetheless, I look forward to talking to you tomorrow.

Paul

On Aug 7, 2013, at 3:43 PM, "Gorenberg, Kenneth" <Kenneth.Gorenberg@btlaw.com> wrote:

Paul,

Confirming the voice message I left for you a few minutes ago, GAOSIF will almost certainly be offering its actuary, Ed Costner, as an additional expert on damages, which will be considerably greater than $1.3 million. We anticipate sending his report next week and can offer him for deposition on August 22 in Atlanta; we presume that works for you if you will forego the deposition of Tom Findlay.

We would be happy to discuss this as well as the special master and CMC issues. I'll be leaving Atlanta shortly and will be back in my Chicago office tomorrow.

Regards,

Ken

Kenneth M. Gorenberg
Partner
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, IL  60606
Direct:  (312) 214-5609
Fax:  (312) 759-5646
kgorenberg@btlaw.com
www.btlaw.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message. TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail does not constitute a "reliance opinion" as defined in IRS Circular 230 and may not be used to establish reasonable reliance on the opinion of counsel for the purpose of avoiding the penalty imposed by Section 6662A of the Internal Revenue Code. The firm provides reliance opinions only in formal opinion letters containing the signature of a partner.

8/21/2013

Page 4 of 4

CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message. TAX ADVICE
NOTICE: Tax advice, if any, contained in this e-mail does not
constitute a "reliance opinion" as defined in IRS Circular 230 and
may not be used to establish reasonable reliance on the opinion of
counsel for the purpose of avoiding the penalty imposed by Section
6662A of the Internal Revenue Code. The firm provides reliance
opinions only in formal opinion letters containing the signature of a
partner.

CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message. TAX ADVICE
NOTICE: Tax advice, if any, contained in this e-mail does not
constitute a "reliance opinion" as defined in IRS Circular 230 and
may not be used to establish reasonable reliance on the opinion of
counsel for the purpose of avoiding the penalty imposed by Section
6662A of the Internal Revenue Code. The firm provides reliance
opinions only in formal opinion letters containing the signature of a
partner.