## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA OPERATORS SELF-INSURERS FUND, | ) ) ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) ) | 1:12-cv-02578-ODE |
| v. | ) ) ) | |
| PMA MANAGEMENT CORP. | ) ) | |
| Defendant. | ) | |

## DECLARATION OF DOUG McCOY

I, Doug McCoy, make the following Declaration pursuant to 28 U.S.C. § 1746:

1.  I am an insurance claim professional and Principal of McCoy Consulting, Inc. I am a competent adult over 18 years of age, and I have personal knowledge of the facts set forth in this Declaration. My Declaration is in support of the Georgia Fund's Response to Defendant PMA Management Corp.'s Motion to Exclude/Strike Plaintiff's Identified Expert.

2.  Georgia Operators Self-Insurers Fund's ("Georgia Fund") has retained me as a claims handling expert in the above-captioned litigation. In that role, I reviewed, through CINCH, the 88 largest workers' compensation claims (by total incurred loss) that PMA handled on behalf of Georgia Fund. I found that PMA's mishandling, present on nearly every claim, had damaged Georgia Fund in an

1

amount of at least $1,361,721.33. I provided these conclusions in my nearly 300 page *Confidential Report of Findings*, dated February 15, 2013.

3.      For my analysis of PMA's handling of Georgia Fund's workers' compensation claims, I heavily relied on PMA's log notes for the claim files I reviewed. Log notes are typically the most important part of a claim file.

4.      On August 16, 2013, I received 174 pages of log notes on Georgia Fund's workers' compensation claims that PMA handled. On August 21, 2013, I received 505 pages of activity notes on Georgia Fund's workers' compensation claims that PMA handled. Because of the short time period between when I received these log and activity notes and the close of discovery, I was unable to determine prior to the close of discovery if these potentially critical notes may require me to revise my opinions or expert report in this litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of September, 2013.

_____
Doug McCoy

# CERTIFICATE OF COMPLIANCE

As required by Local Rule 7.1D, N.D. Ga., I hereby certify that this Declaration has been prepared in Times New Roman 14-Point font, one of the font and point selections approved by this Court in Local Rule 5.1B, N.D. Ga.

This 9th day of September, 2013.

/s/ *Thomas J. Gallo*
Thomas J. Gallo, Esq.
Georgia Bar No. 283048

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Declaration has been served this 9th day of September, 2013 on the parties identified below by using the CM/ECF system, which automatically sends e-mail notification to the following attorney of record:

>       Paul W. Burke, Esq.
>       Eric R. Mull, Esq.
>       Drew Eckl & Farnham, LLP
>       880 West Peachtree Street
>       Post Office Box 7600
>       Atlanta, Georgia 30357


>                       /s/ *Thomas J. Gallo*
>                       Thomas J. Gallo, Esq.
>                       Georgia Bar No. 283048

1