# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA OPERATORS SELF-INSURERS FUND, ) ) ) Plaintiff, ) ) v. ) ) PMA MANAGEMENT CORP. ) ) Defendant. ) | CIVIL ACTION FILE NO. 1:12-cv-02578-ODE |

## DECLARATION OF RANDALL SQUIRES

I, Randall Squires, make the following Declaration pursuant to 28 U.S.C. § 1746:

1. I am the Administrator of Georgia Operators Self-Insurers Fund ("Georgia Fund"). I am a competent adult over 18 years of age, and I have personal knowledge of the facts set forth in this Declaration. My Declaration is in support of Georgia Fund's Response to Defendant PMA Management Corp.'s Motion to Exclude/Strike Plaintiff's Identified Expert.

2. Attached as Exhibit 1 is a true and correct copy of an email and its attachment that I sent to James Walsh, PMA's Vice-President of Claims, on March 11, 2011. The attachment was an actuarial report prepared by Casualty Actuarial Consultants, Inc. This actuarial report, dated March 8, 2011, provided a reserve

1

analysis on the Georgia Fund workers' compensation claims handled and administered by PMA.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of September, 2013.

_____
Randall Squires

## **CERTIFICATE OF COMPLIANCE**

As required by Local Rule 7.1D, N.D. Ga., I hereby certify that this Declaration has been prepared in Times New Roman 14-Point font, one of the font and point selections approved by this Court in Local Rule 5.1B, N.D. Ga.

This 9th day of September, 2013.

/s/ *Thomas J. Gallo*
Thomas J. Gallo, Esq.
Georgia Bar No. 283048

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Declaration and exhibits thereto have been served this 9th day of September, 2013 on the parties identified below by using the CM/ECF system, which automatically sends e-mail notification to the following attorney of record:

>Paul W. Burke, Esq.
>Eric R. Mull, Esq.
>DREW ECKL & FARNHAM, LLP
>880 West Peachtree Street
>Post Office Box 7600
>Atlanta, Georgia 30357

>/s/ *Thomas J. Gallo*
>Thomas J. Gallo, Esq.
>Georgia Bar No. 283048