# EXHIBIT 6

## CURRICULUM VITAE

## JOHN L. SAULINO

| | |
|---|---|
| April 2000 – | Insurance Consultant:<br>RMG CONSULTING, INC., Principal |
| | Responsible areas include Casualty, Professional Liability, Workers' Compensation, A& H, Environmental, Excess, Reinsurance, Best Practices, Expert Witness and Arbitration |
| 1999 – April 2000 | ELLISTON, New Hope, Pennsylvania |
| | ➢ Responsible for a wide range of assignments including loss portfolio assessment and evaluation, development of best practices and procedures, dispute resolution and review of specific portfolios of business including Workers' Compensation reserve analysis study. |
| | ➢ Served on the Executive Committee and performed a key marketing role. |
| | ➢ Conducted Best Practices auto personal lines engagement |
| 1996 – 1998 | RELIANCE NATIONAL, New York, New York<br>*Senior Vice President Claims* |
| | ➢ Responsible for all claims involving International, Excess and Surplus Lines, Medical Malpractice, Environmental Impairment, Aviation, Miscellaneous Professional Liability and Specialty Products. Managed 65 people in six locations. |
| | ➢ Transformed London claim office to Regional Office to serve as model for four similar International operations. |
| | ➢ Relocated and re-staffed Environmental Impairment unit from NYC to Philadelphia to better meet needs of producer. |

> ➢ Led McKinsey Consultant team in developing "best claim practices" for Claims Division. Reduced litigation expenses by 10%, improved trial results and increased use of structured settlements. All of the above resulted in improvements in combined ratio.

1986 – 1995    **RELIANCE INSURANCE, Philadelphia, Pennsylvania**
*Vice President Claims*

> ➢ Responsible for all Environmental, Casualty and Property Claims. Consolidated Home Office claim operations with merger of Reliance and United Pacific. Decentralized Home Office to Regional Office structure to create local ownership of authority, responsibility and results. As member of Senior Claims Staff, planned and implemented changes as appropriate to direct Regional, Home Office and up to 25 field claim offices and as many as 550 claim employees.

> ➢ Chaired task force and revised Policy and Procedures manuals, designed and implemented training programs; revised audit procedures to better measure field office compliance.

> ➢ Planned and organized suit inventory program that reduced pending litigation by 21% together with $2.85 million indemnity reserve salvage on liability claims.

> ➢ Reduced environmental exposures by over 50% through creation of management reports, objectives and specific strategies to control loss and expense.

> ➢ Developed and implemented successful process including measurement to reduce average paid claims in several lines of business.

> ➢ Chaired Large Case Conference Committee that established reserves, settlement authorization and strategy for resolution for company's highest exposure claims.

| | |
|---|---|
| 1973 – 1986 | **HOME INSURANCE COMPANY**, New York, New York<br>*Secretary/Claim Officer* |

- Responsible for Excess and Surplus and Casualty Claims.
- Coordinated DES litigation for company.
- Revised training and audit procedures for casualty operations.
- Led audit team of Weavers Syndicate in London for Home Re

| | |
|---|---|
| 1969 – 1973 | **LIBERTY MUTUAL INSURANCE**, New York, New York<br>*Claim Adjuster*<br>*Trial Court Adjuster*<br>*Supervisor Casualty Claims* |

## *GUEST LECTURER*

Reinsurance Association of America
Excess and Surplus Lines Claims Association (Now IACP)
International Reinsurance Underwriters

## *EDUCATION*

Pace University - B.A.
Numerous industry formal and informal training programs

## *PROFESSIONAL ASSOCIATIONS*

Excess and Surplus Claims Association (IACP)– Associate Member; former member of the Board of Directors and Vice President.

## AWARDS

*Metropolitan Who's Who Registry 2008*
*Cambridge Who's Who Professional of the Year - Claims Management & Consulting 2009-2010*

## PUBLICATIONS

*Article - "Best Practices – Shape Them To Your Needs"*
<u>*Declarations*</u> *– Summer - 2004*